IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| BARBARA JOHNSON and ) | |
| WILLIAM JOHNSON, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No.: 2:22-cv-00206 |
| ) | |
| HOME DEPOT U.S.A., INC. and ) | |
| HOME DEPOT U.S.A., INC. d/b/a ) | |
| HOME DEPOT, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF REMOVAL

NOW COMES the Defendants, HOME DEPOT U.S.A., INC. and HOME DEPOT U.S.A., INC. d/b/a HOME DEPOT (referred to collectively herein as "HOME DEPOT"), by and through their attorney Eric C. Papier, of McVEY & PARSKY, LLC, and in accordance with 28 U.S.C.A. 1332, 1441 and 1446, hereby provide notice of their removal of this cause for the following reasons:

1. On or about June 13, 2022, there was commenced and is now pending in the Superior Court of Porter County, Indiana, in Valparaiso, Indiana, a certain civil action under Case No. 64D05-2206-CT-005072 in which Barbara Johnson and William Johnson are the Plaintiffs, and Home Depot U.S.A., Inc. and Home Depot U.S.A., Inc. d/b/a Home Depot are the Defendants. (See Plaintiffs' Complaint attached herein as part of Exhibit A to Notice of Removal)

2. The aforementioned lawsuit is brought by Plaintiffs under two (2) counts seeking damages for injuries under a premises liability theory. Plaintiffs' Complaint merely prays for judgment "in an amount which will fully and fairly compensate" them for their "losses, expenses, economic and non-economic damages."

3. Plaintiffs allege that Barbara Johnson fell while a patron at the Valparaiso Home Depot and sustained "serious personal injuries." As a result of her fall, Plaintiffs claim Barbara Johnson "sustained serious injuries; incurred substantial expenses for medical care and treatment; has been prevented from, or interfered with, the ability to engage in normal recreational and social activities; has endured physical and mental pain and suffering which will continue into her future." Before filing suit, Plaintiffs' counsel advised Home Depot's claim personnel that, as a result of the fall, Barbara Johnson suffered a brain bleed to her right temporal lobe, a traumatic brain injury, a hematoma to the right side of her face, damage to her inner ear and muscle damage to her right eye, causing it to droop. Further, Mrs. Johnson is undergoing frequent MRIs and CT scans due to a fear that she may suffer seizures. As such, it appears that the amount in controversy will exceed $75,000.

4. The above matter involves a controversy with complete diversity of citizenship between citizens of different states:

   (a) Plaintiffs were at the commencement of this action, and are now, citizens of the State of Indiana, and are residents of the State of Indiana, and are not citizens of the States of Delaware or Georgia.

   (b) Defendant, HOME DEPOT U.S.A., INC., is a corporation duly created and organized by and under the laws of the State of Delaware with its principal place of business in the State of Georgia, and was not and is not a corporation created or organized under the laws of the State of Indiana, nor does it have its principal place of business in the State of Indiana.

   (c) Defendant, HOME DEPOT U.S.A., INC. d/b/a HOME DEPOT is not a separate legal entity from HOME DEPOT U.S.A., INC., and the Defendant HOME DEPOT U.S.A., INC, operates the Home Depot store located at 2430 LaPorte Avenue in Valparaiso.

5. This matter involves a controversy between plaintiffs who are citizens of the State of Indiana and a defendant corporation that is incorporated and organized pursuant to the laws of a State other than Indiana, and who has its principal place of business in a State other than Indiana.

Further, the amount in controversy, exclusive of interest and costs, satisfies the jurisdictional amount requirement. Accordingly, the District Court for the United States has original jurisdiction over this lawsuit.

6. This Notice of Removal is timely filed within thirty (30) days of service which was on or about June 21, 2022 (See Certified Mail Return form to Home Depot U.S.A., Inc. and Home Depot U.S.A., Inc. d/b/a Home Depot showing date of service, attached as part of Exhibit A)

7. Attached hereto as Exhibit A t Notice of Removal and made a part hereof, are copies of the following documents filed by Plaintiffs and Defendants in the Superior Court of Porter County, Indiana, under Case No. 64D05-2206-CT-005072:

- Plaintiffs' Appearance;
- Plaintiffs' Complaint with Demand for Jury Trial;
- Plaintiffs' Summons;
- Certified Mail Returned by Plaintiffs showing the date of service to Home Depot U.S.A., Inc. and Home Depot U.S.A, Inc. d/b/a Home Depot as June 21, 2022);
- Defendants' Appearance;
- Defendants' Answer and Affirmative Defenses to Complaint and Jury Demand; and
- Plaintiff's Interrogatories and Request for Production to Defendant.

To Defendants' knowledge, no other documents or pleadings were filed in this lawsuit.

8. Notice of the filing of this Removal has been given to all parties as required by law. A true and correct copy of this Removal has been filed with the Clerk of the Porter County Superior Court, Indiana, as provided by law.

9. Since Defendant, HOME DEPOT U.S.A., INC. d/b/a HOME DEPOT, is not a separate legal entity from HOME DEPOT U.S.A., INC., Defendant HOME DEPOT U.S.A., INC. does not believe that HOME DEPOT U.S.A., INC. d/b/a HOME DEPOT needs to separately consent to removal. To the extend such consent is required, however, HOME DEPOT U.S.A., INC. d/b/a HOME DEPOT so consents.

10. Defendants, on removal, demand this case be tried by a jury.

WHEREFORE, the Defendants, HOME DEPOT U.S.A., INC. and HOME DEPOT U.S.A, INC. d/b/a HOME DEPOT, pray that they may affect removal of the within action from the Superior Court of Porter County, Indiana, to the United States District Court for the Northern District of Indiana – Hammond Division, and that the matter be tried before a jury.

    Respectfully submitted,

    HOME DEPOT U.S.A., INC. and HOME DEPOT U.S.A., INC. d/b/a HOME DEPOT

By:   /s/ Eric C. Papier
    Eric C. Papier, Atty. No. 22498-49
    McVey & Parsky, LLC.
    30 North LaSalle Street
    Suite 2100
    Chicago, Illinois 60602
    (312) 551-2130
    (312) 551-2131 (fax)
    ecp@mcveyparsky-law.com

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on July 21, 2022, I electronically filed the foregoing with the Clerk of the Court using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notice of Electronic Filing:

Kara Bekelya
Marshall P. Whalley & Associates, P.C.
City Center
51 W. 112th Avenue
Crown Point, Indiana 46307
Kara@marshsallslaw.com

                    /s/ Eric C. Papier
                    Eric C. Papier
                    McVey & Parsky, LLC
                    30 North LaSalle Street
                    Suite 2100
                    Chicago, Illinois 60602
                    Phone:  312-551-2130
                    E-mail: ecp@mcveyparsky-law.com