USDC IN/ND case 2:22-cv-00206-JVB-JEM document 4 filed 06/13/22 page 1 of 4

64D05-2206-CT-005072
Filed: 6/13/2022 11:51 AM
Clerk
Porter County, Indiana

Porter Superior Court 5

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE PORTER CIRCUIT/SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF PORTER | ) | SITTING AT _____ |
| | ) | |
| BARBARA JOHNSON and | ) | |
| WILLIAM JOHNSON | ) | |
| | ) | |
| -v- | ) | CAUSE NO. |
| | ) | |
| HOME DEPOT U.S.A, Inc. and HOME | ) | |
| DEPOT U.S.A., Inc. d/b/a HOME DEPOT, | ) | |
| | ) | |
| Defendants. | ) | |

## COMPLAINT

### COUNT I

COMES NOW Plaintiffs **BARBARA JOHNSON**, by counsel, Marshall P. Whalley & Associates, P.C., and for her cause of action against Defendants, HOME DEPOT U.S.A., Inc., and HOME DEPOT U.S.A., Inc. d/b/a HOME DEPOT, and states:

1. At all times relevant, Plaintiffs, **BARBARA JOHNSON and WILLIAM JOHNSON**, were lawfully wedded residents of the City of Crown Point, Indiana.

2. At all times relevant, Defendants, HOME DEPOT U.S.A., Inc. and HOME DEPOT U.S.A., Inc. d/b/a HOME DEPOT are foreign corporations authorized to do business in the State of Indiana and were the owners, lessors, occupiers, or otherwise had control over the property located at 2430 LaPorte Avenue, Valparaiso, Indiana.

3. On, May 19, 2022, Plaintiff, **BARBARA JOHNSON,** was a patron at the property located at 2430 LaPorte Avenue, Valparaiso, Indiana, 46383, when she encountered a hazardous condition on the property that caused her to fall and sustain serious personal injuries.

4. On May 19, 2022, and at all relevant times, Defendants had a duty to: maintain the property in a reasonably safe condition in order to prevent injury; warn invitees and/or licensees such as Plaintiff of latent dangers; take reasonable measures to inspect and maintain its property; and; protect licensees and/or invitees, from such dangers and hazards.

5. As a direct and proximate result of Defendants' breach of one or more of these duties, Plaintiff fell and sustained serious personal injuries.

6. That as a direct and proximate result of the Defendants' negligent acts and omissions, Plaintiff: sustained serious personal injuries; incurred substantial expenses for medical care and treatment; has been prevented from, or interfered with, the ability to engage in normal recreational and social activities; and has endured physical and mental pain and suffering which will continue into her future; and incurred other economic and non-economic damages.

WHEREFORE, Plaintiff, BARBARA JOHNSON, prays for a judgment against Defendants, HOME DEPOT U.S.A., Inc., and HOME DEPOT U.S.A., Inc. d/b/a HOME DEPOT in such an amount which will fully and fairly compensate her for her losses, expenses, economic and non-economic damages, and for all other just and proper relief in the circumstances.

## COUNT II

COMES NOW, Plaintiff, WILLIAM JOHNSON, by counsel, Marshall P. Whalley & Associates, P.C., and for his cause of action against Defendants, HOME DEPOT U.S.A., Inc., and HOME DEPOT U.S.A., Inc. d/b/a HOME DEPOT, and states:

1-6. Plaintiff restates paragraphs one (1) through six (6) of Count I and incorporates them as if fully set fort herein as paragraphs one (1) through six (6) of Count II of this Complaint.

7. On May 19, 2022, and at all relevant times, **BARBARA JOHNSON** and **WILLIAM JOHNSON** were lawfully wedded wife and husband.

8. As a direct and proximate result of Defendant's careless and negligent acts, Plaintiff, **WILLIAM JOHNSON**, was deprived of the normal society and consortium of his wife and became responsible for her medical expenses and extraordinary care.

WHEREFORE, Plaintiff, WILLIAM JOHNSON, prays for judgment against Defendants, HOME DEPOT U.S.A., Inc., and HOME DEPOT U.S.A., Inc. d/b/a HOME DEPOT, in such an amount which will fully and fairly compensate him for his losses, expenses, economic and non-economic damages, and for all other relief deemed just and proper in the circumstances.

Respectfully submitted,

MARSHALL P. WHALLEY & ASSOCIATES, P.C.

/s/ Kara Bekelya
Kara Bekelya, #33954-45
Attorney for Plaintiff

## JURY DEMAND

Plaintiff, by counsel, demands Trial by Jury as to all counts.

Respectfully submitted,

MARSHALL P. WHALLEY & ASSOCIATES, P.C.

*/s/ Kara Bekelya*
Kara Bekelya, #33954-45
Attorney for Plaintiff

MARSHALL P. WHALLEY & ASSOCIATES, P. C.
City Center
51 W. 112th Avenue
Crown Point, IN 46307
219-769-2900
219-627-1557 (fax)
kara@marshallslaw.com